NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3853
_____

UNITED STATES OF AMERICA

v.

ADVANTAGE MEDICAL TRANSPORT INC;
SERGE SIVCHUK,
Appellants
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Court Criminal Nos. 1-12-cr-00004-001 and 1-12-cr-00004-002)
District Judge: Honorable Christopher C. Conner


ORDER AMENDING OPINION


IT IS HEREBY ORDERED that the Not Precedential Opinion filed in this case on June 21, 2017, be, and hereby is, amended as follows:

In Part II(A)(1), the recitation of relevant beneficiaries contains an error. It is hereby amended to read, at page 9, "Sandra Bo., David T., and Michael M." Also, in that same section and page, there is an error in the amount of loss attributable to these beneficiaries. The amount identified in the opinion is corrected to read "$54,352."

Further, in Part III, at page 23, the recitation of beneficiaries is amended to read "Sandra Bo., David T., and Michael M."

Amendment of this not-precedential opinion is so ordered and these errors are hereby corrected.


Very truly yours,

Marcia M. Waldron,
Clerk

cc:    Stephen R. Cerutti, II, Esq.
       Mark S. Greenberg, Esq.